1  Law Office of William R. Hobson
   WILLIAM R. HOBSON, Bar No. 006887
2  7303 West Boston
   Chandler, AZ  85226
3  Telephone: (480) 705-7550
   bill@billhobsonlaw.com
4  Attorney for Plaintiff

5  TERRY GODDARD
   Attorney General
6  MICHAEL K. GOODWIN, Bar No. 014446
   Assistant Attorney General
7  1275 W. Washington
   Phoenix, Arizona 85007-2997
8  Telephone: (602) 542-7674
   Fax:  (602) 542-7644
9  Michael.Goodwin@azag.gov
   Attorneys for Defendants
10

11              **IN THE UNITED STATES DISTRICT COURT**

12                **FOR THE DISTRICT OF ARIZONA**

13

| Professor Joochul Kim, | |
|---|---|
| Plaintiff, | Case No: CIV 04-1931 PHX MHM |
| v. | **STIPULATION AND JOINT MOTION FOR ONE-DAY EXTENSION TO FILE JOINT PRETRIAL ORDER AND RELATED ITEMS** |
| Arizona Board of Regents, etal., | |
| Defendants. | (Trial Date: April 28, 2009) |

19

20     Plaintiff and Defendant have been working on the Joint Proposed Pretrial Order and
21  other filings related to the trial in this case.  These items are due on February 27, 2009.
22  The parties have substantially completed the Joint Pretrial but despite their diligence, they
23  are unable to complete it and the other items by tomorrow's deadline.  The parties
24  therefore request a one-day extension, to March 2, 2009, to file the Joint Pretrial and other
25  items.
26     A proposed order accompanies this motion.

RESPECTFULLY SUBMITTED this 26 February 2009.

   s/ William R. Hobson
Attorneys for Plaintiffs

TERRY GODDARD
Attorney General

   s/ Michael K. Goodwin
Assistant Attorney General
Attorneys for Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 26 February 2009:

William R. Hobson, Esq.
Kevin Koelbel
Matthew H. Kim
7303 West Boston
Chandler, AZ  85226

Attorneys for Plaintiffs


   s/ Bonnie McMurray
Secretary to Michael Goodwin

2

#407110