FILED ☒   LODGED ___
RECEIVED ___   COPY ___

MAY - 7 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

EXHIBIT LIST – CIVIL

/___/ Preliminary Injunction   /___/ TRO   /___/ Non-Jury Trial   /X/ Jury Trial

CASE NR. CV-04-1931 PHX MHM            JUDGE CODE: 7027

DATE: 4/27/09

Professor Joochul Kim                    vs        Arizona Board of Regents, et al.
   /___/ PLAINTIFF / PETITIONER                    /X/ DEFENDANT / RESPONDENT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 101 | | | ACD 509-02 |
| 102 | | 5/6/09 | Hackett-Kim email correspondence, 7/3/02 7/13/02 |
| 103 | | | SPLA Bylaw, 8/19/02 |
| 104 | | 4/28/09 | Stevens-Mushkatel-McCoy email correspondence, 10/2/02 |
| 105 | | 5/6/09 | Landers-Glick-McCoy email correspondence, 10/10/02 |
| 106 | | | Hackett letter to Kim, 6/9/03 |
| 107 | | | Bjork letter to Burnstein, 10/20/03 |
| 108 | | | Kim letter to Burstein, 10/28/03 |
| 109 | | | Crow/Hackett letter to CAFT, 11/4/03 |
| 110 | | 5/6/09 | Administrative Review report and recommendation, 4/26/02 |
| 111 | | | Meunier letter to Kim, 11/9/90 |
| 112 | | | Meunier memo to Kim, 5/12/94 |
| 113 | | | Meunier memo to Kim, 10/26/98 |
| 114 | | | Meunier memo to Kim, 4/19/00 |
| 115 | | | Meunier memo to Kim, 3/23/01 |
| 116 | | | Reed memo to Kim, 9/16/04 |
| 117 | | | Burns memo to Kim, 4/16/86 |
| 118 | | | McSheffrey memo to Burns, 4/17/86 |
| 119 | | | McSheffrey memo to Fry, 4/24/86 |
| 120 | | | Burns memo to McSheffrey, 5/21/86 |
| 121 | | | Lai memo to Meunier, 4/20/88 |

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 122 | | | Steiner memo to Kim, 11/2/89 |
| 123 | | | Steiner memo to Kim, 3/27/90 |
| 124 | | | Steiner memo to Meunier re Evaluation of Kim, 4/20/90 |
| 125 | | | Steiner-Gooding email correspondence, 4/27/91 |
| 126 | | | Steiner memo to Meunier, 4/29/91 |
| 127 | | | PUP 622 Students memo to Steiner, 4/15/93 |
| 128 | | 4/28/09 | Steiner memo to Meunier, 5/24/93 |
| 129 | | | Kim letter to Cayer, 5/3/94 |
| 130 | | | Steiner memo to Glick, 1/31/96 |
| 131 | | | Meunier memo to Glick, 2/11/98 |
| 132 | | | EEOC Charge |
| 133 | | | EEOC Dismissal and right-to-sue |